IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SNOW LEOPARD CHINA TYLER, on behalf of himself and all persons similarly situated in the North Omaha Negro Community, <br><br> Plaintiff, <br><br> v. <br><br> THE TERM LIMIT STATUTE OF THE STATE OF NEBRASKA, <br><br> Defendant. | CASE NO. 8:08CV129 <br><br> MEMORANDUM AND ORDER |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 19th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge